|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |

In Re:

Case No.: _____

Adversary No.: _____

Chapter: _____

Judge: _____

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: _____
(Example: John Smith, creditor)

        Old address:     _____
                              _____
                              _____

        New address:    _____
                              _____
                              _____

        New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _____     *Monika Mazurczyk*
                                                     _____
                                                          Signature

*rev.8/1/2021*