UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Gerald S. Windos

Case No.: 23-15345-MBK
Chapter: 13
Judge: Hon Michael B. Kaplan

## NOTICE OF PROPOSED PRIVATE SALE

_____Gerald S. Windos_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher
US Bsnkrutpcy Court
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____September 13, 2023_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, NJ 08608-1507__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 74 Robins Place, Metuchen NJ 08840

Proposed Purchaser: Suburban Development LLC

Sale price: $1,050,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: John Bensulock Esq., Paul Nemergut Esq. and Monika Mazurczyk Esq.
Amount to be paid: Attorney fees - to be determined (NO realtors)
Services rendered: attorney fees, respectively

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Monika Mazurczyk, Esq. TOMES LAW FIRM, PC

Address: 17 Broad Street, Suite 3, Freehold, NJ 07728

Telephone No.: (732) 333-0681

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-15345-MBK
Gerald S. Windos  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                       Page 1 of 2
Date Rcvd: Aug 01, 2023                    Form ID: pdf905                   Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald S. Windos, 74 Robins Place, Metuchen, NJ 08840-1947 |
| sp | + | John W. Bensulock, The Law Offices of Harold J. Gerr, 47 Raritan Avenue, 2nd Floor, Highland Park, NJ 08904-2452 |
| sp | + | Paul Nemergut, The Law Offices Of Nemergut & Duff, 217 Main Street, Woodbridge, NJ 07095-1928 |
| 519951430 | + | Conrad & Vincent, 300 Bukalew Avenue, Suite 103, Monroe Township, NJ 08831-1400 |
| 519951431 | + | Conrad & Vincent Esquires, 977 State Route 33 West, Monroe Township, NJ 08831-7232 |
| 519951432 | + | Cullen & Dykman LLP, 100 Quentin Roosevelt Blvd, Garden City, NY 11530-4850 |
| 519951433 |   | Morello Properties LLC, 26 State Route 34 South, Colts Neck, NJ 07722 |
| 519951434 | + | Ostrowitz & Ostrowitz, 225 Gordon Corner Road, Englishtown, NJ 07726-3342 |
| 519951435 | + | Shelley D. Windos, 74 Robins Place, Metuchen, NJ 08840-1947 |
| 519957414 | + | Suburban Development LLC, 228A Pierson Avenue, Edison, NJ 08837-3122 |
| 519951437 | + | Wells Fargo Bank, NA, Central Bankruptcy Deptartment VA7359, PO Box 13765, Roanoke, VA 24037-3765 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Aug 01 2023 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 01 2023 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519951436 | ^ | MEBN | Aug 01 2023 21:15:44 | Wells Fargo Bank NA/PNC, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519958784 | ##+ | KML Law Group PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 01, 2023 | Form ID: pdf905 | Total Noticed: 14 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Monika Mazurczyk | on behalf of Debtor Gerald S. Windos monikam@tomeslawfirm.com mazurczykmr92561@notify.bestcase.com;ftomes@tomeslawfirm.com;mariad@tomeslawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4